UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23675-ALTMAN/Reid

**KARLA SANTANA,** *et al.*,

    *Plaintiffs*,

v.

**VINEYARD VINES, LLC.**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

The Plaintiffs filed a Notice of Voluntary Dismissal [ECF No. 10] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions, including the Defendant's Motion to Dismiss [ECF No. 8], are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 21, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record